FILED 18 DEC '19 10:49 USDC-ORP

Ronald-Kenneth: Strasser AR WP
Non-Resident Alien
c/o 8800 Southeast 80 Avenue
non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

Not an Attorney
Not Pro Se
Not Representing Myself
Demand Fee Waiver

# In the United States District Court
# for the District of Oregon
( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| Keith Dieringer, | ) |
| Plaintiff, | ) Case No. 3-19-cv-01957 |
| | ) (Federal) |
| v. | ) |
| RONALD K STRASSER, | ) **NOTICE AND** |
| | ) **DEMAND FOR MORE TIME** |
| Defendant, | ) **AND** |
| | ) **INCOMPLETE OBJECTION TO** |
| Ronald-Kenneth: Strasser, | ) **MAGISTRATE'S FINDINGS AND** |
| | ) **RECOMMENDATION** |
| Claimant. | ) **DATED 12/5/2019** |

May I raise the issue of whether STACIE F. BECKERMAN is properly in office?

May I have more time 30 days, until 1/4/2020, on this first demand for more time, for legal research, because I have been deprived of legal education by an anti-freedom school system that intends to keep us ignorant of the law and dependent on expensive attorneys?

May I have more time 30 days, until 1/4/2020, on this first demand for more time, for discovery, so that I may obtain copies of all relevant "Requisite Filings" and "Acceptance Filings" and evidence of Federal bank loans on the house in question and evidence of Federal funding of the road in question and evidence of a Federal takeover of Oregon connected to the Civil War and/or the Great Depression and/or the Oregon Constitutional Amendments of 1910

Notice and Demand for Time and Incomplete Objection to FINDINGS AND

(thus making the modern "State of Oregon," including its Legislature and its ORS, Federal) and other materials to prove Federal jurisdiction?

**Only** if I may not have more time, may I submit the following **incomplete** Objection out of an abundance of caution?

### Incomplete Objection

May I object to the FINDINGS AND RECOMMENDATION, dated 12/5/2019, signed by STACIE F. BECKERMAN as "Magistrate Judge," on the following grounds?

May I ask that STACIE F. BECKERMAN review this document, together with any and all attached materials, and re-consider that decision, before bothering the Judge?

*Federal Question*

May I direct your attention to this case: '[A] suit arises under the Constitution and laws of the United States only when the plaintiff's statement of his own cause of action shows that it is based upon those laws or that Constitution.'" Beneficial Nat'l Bank v. Anderson, 539 U.S. 1, 6 (2003) (jurisdiction upheld) (quoting Louisville & Nashville R. Co. v. Mottley, 211 U.S. 149, 152 (1908) (jurisdiction lacking)) ?

May I point out that Louisville says: "a suit arises under the Constitution and laws of the United States only when the plaintiff's statement of his own cause of action shows that it is based upon those laws or that Constitution" ?

May I point out that the "plaintiff's statement of his own cause of action" includes the caption at the top, namely "IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR THE COUNTY OF MULTNOMAH"?

May I point out that "STATE OF OREGON" is a Federal entity, a political subdivision of the District of Columbia?

Notice and Demand for Time and Incomplete Objection to FINDINGS AND

May I point out that the "plaintiff's statement of his own cause of action" names as "Defendant" the Federal all-capitals Ens Legis "RONALD KENNETH STRASSER" ?

May I point out that the "plaintiff's statement of his own cause of action" includes the address "9915 SE Foster Rd., Rm. B, Portland, OR 97266" ?

May I point out that it is common knowledge that "OR" is not the *de jure* Union state at large, named Oregon, which was created under common law by the Oregon Constitution dated 1857, but rather "OR" is a Federal Region which is administered under some variety of Emergency Rule or Martial Law?

May I point out that a free white flesh-and-blood living soul, who has not consented to Emergency Rule or Martial Law, is subject only to common law, to be administered through a "court of record having common law jurisdiction and a clerk and seal" ?

May I point out that the "plaintiff's statement of his own cause of action" includes "ORS 90.396" and "ORS 90.403" and "ORS 90.394" and "ORS 90.255" and "ORS 105.137 (3)"?

May I point out that ORS Chapter 90 and Chapter 105 were passed using power which came from Congress?

May I point out that the "plaintiff's statement of his own cause of action" demands "court costs, disbursements and attorney fees" which cannot be paid in Dollars (because Roosevelt robbed us of all our lawful money) but only discharged in Federal Reserve Notes?

May I point out that the "plaintiff's statement of his own cause of action" is inherently in a Federal military venue under a Federal martial-law jurisdiction?

May I draw your attention to the following sources, which (in part) demonstrate Federal jurisdiction: USDOJ Manual section 664; 18 U.S.C. § 7, Section 7(3); Adams v. United States, 319 U.S. 312 (1943); Collins v. Yosemite Park Co., 304 U.S. 518, 529-30 (1938); Fort

Notice and Demand for Time and Incomplete Objection to FINDINGS AND

Leavenworth R.R. Co. v. Lowe, 114 U.S. 525, 526-27, 528, 538, 539 (1885); H.R. Rep. No. 1623, 76th Cong., 3d Sess. 1 (1940); James v. Dravo Contracting Co., 302 U.S. 134, 141-43 (1937); Kohl v. United States, 91 U.S. 367, 371, 372 (1976); Markham v. United States, 215 F.2d 56 (4th Cir.), cert. denied, 348 U.S. 939 (1954); Mason Co. v. Tax Commission, 302 U.S. 97, 97-197 (1937); S. Rep. No. 1788, 76th Cong., 3d Sess. 1 (1940); Surplus Trading Co. v. Cook, 281 U.S. 647, 650-56 (1930); United States v. Heard, 270 F. Supp. 198, 200 (W.D. Mo. 1967); United States v. Johnson, 994 F.2d 980, 984-86 (2d Cir. 1993); the 17th Clause of Article I, Sec. 8 of the Constitution; the 2nd Clause of Article VI of the Constitution; the Act of February 1, 1940, codified at 40 U.S.C. § 255; the Buck Act; 4 U.S.C. § 110(d), (e), § 105; H.J.R 192; the Lieber Code; the founding documents of the Civil War, which is not over; Springfield v. Kenny, (1951 App.) 104 NE2d. 65; Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773; Howard v. Commissioners of Sinking Fund, 344 U.S. 624, 626, 73 S.Ct. 465, 467 (1953), Internal Revenue Manual and IRS Publication 1212 (which shows that every case is a Federal tax case) ?

May I point out that "plaintiff's statement of his own cause of action" includes the question of who has jurisdiction, and that "Whether or not the United States has jurisdiction is a Federal question. See Mason Co. v. Tax Commission, 302 U.S. at 197" ?

*Diversity*

May I point that the FINDINGS AND RECOMMENDATION states: "Removal may also be based on diversity jurisdiction, if the parties have diverse citizenship and the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a)." ?

May I point out that 28 U.S.C. 1332(a) states:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
> (2) **citizens of a State and citizens or subjects of a foreign state**, except that the district courts shall not have original jurisdiction under this subsection of an action between citizens of a State and citizens or subjects of a foreign state who are lawfully admitted for permanent residence in the United States and are domiciled in the same State;

May I point out that "citizens of a State" uses a capital S, whereas "citizens or subjects of a foreign state" uses a small s?

May I point out that I am not a citizen of any State?

May I point out that I am subject to the state of nature?

May I point out that the state of nature is foreign to the modern Federal "State of Oregon," and foreign to the Federal administrative entity "OR", and foreign to the original "de jure" Sovereign Union State at Large "Oregon" (which in turn are all foreign to each other), and foreign to the legal system which deals only with artificial fictions?

May I point out that this Notice shall in no way be construed as a motion, nor as a request for permission, and that this matter is hereby "adjourned" and that I do hereby declare as a living soul that I am Sui Juris and demand that "Pro Se" not be applied to the record, as I am not representing Pro Se?

In pursuance of 28 USC 1746, may I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and executed on December 16, 2019?

By: :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris     December 16, 2019
    :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris

Notice and Demand for Time and Incomplete Objection to FINDINGS AND

## Certificate of Service

May I certify that on the date written below I served a true copy of the foregoing

**NOTICE AND DEMAND FOR MORE TIME AND INCOMPLETE OBJECTION TO MAGISTRATE'S FINDINGS AND RECOMMENDATION DATED 12/5/2019** on the following parties by fax, email and U.S. mail?

Frank Wall
4411 NE Tillamook Street
Portland, OR 97213
Fax: 503.223.0903
Email: fWall@ipns.com

By: _:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris_          December 16, 2019
:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris

Notice and Demand for Time and Incomplete Objection to FINDINGS AND