FILED 18 FEB '20 10:53 USDC-ORP

Ronald-Kenneth: Strasser AR WP
Non-Resident Alien
c/o 8800 Southeast 80 Avenue
non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

Not an Attorney
Not Pro Se
Not Representing Myself
Demand Fee Waiver

# In the United States District Court
# for the District for Oregon
( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| Keith Dieringer, | ) |
|   Plaintiff, | ) Case No. 3-19-cv-01957 |
| | ) (Federal) |
| v. | ) |
| RONALD K STRASSER, | ) **SECOND AMENDED** |
| | ) **NOTICE FOR APPEAL** |
|   Defendant, | ) **AND DEMAND FOR STAY** |
| | ) **AND REVOKING POWER FOR** |
| Ronald-Kenneth: Strasser, | ) **ATTORNEY** |
|   Claimant. | ) **PURSUANT TO F.R.A.P. 3, 4** |

## NATURE FOR THE AMENDMENT

This amendment adds documents [14], [16] and [17], does it not? This amendment gives notice that in document [13], Notice for Appeal, I gave Michael Simon notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel, does it not? This amendment includes a demand for staying the [17] Magistrate's Order revoking "ECF filing privileges," does it not?

## SECOND AMENDED NOTICE FOR APPEAL

Notice for Appeal

May I hereby give notice that I, ronald-kenneth: strasser, Claimant, also known as Ronald-Kenneth: Strasser, Claimant in the above-named case, and RONALD K STRASSER, Ens Legis, Defendant in the above-named case, are hereby appealing to the United States Court for Appeals for the Ninth Circuit from the

[3] Findings and Recommendation, 12/5/2019, and from the

[4] Order referring Findings & Recommendation (ECF No. [3]) and Notice for Removal (ECF No. [2]) to Judge Simon, 12/5/2019, and from the

[6] Order on Motion for Extension for Time, 12/18/2019, and from the

[11] Order Adopting Magistrate Judge Beckerman's Findings and Recommendation, ECF [3], signed and entered 1/15/2020, and from the

[14] Transmittal for Case to State Court, signed and entered 1/16/2020, and from the

[16] Order on motion to amend/correct, signed and entered 1/22/2020, and from the

[17] ORDER terminating Ronald Kenneth Strasser's CM/ECF filing privilege, signed and entered 2/6/2020?

May I point out that the parties to the appeal are the following?:

Keith Dieringer (Plaintiff, Appellee)
c/o attorney Frank Wall
4411 NE Tillamook Street
Portland, OR 97213
Email: fWall@ipns.com
Fax: 503.223.0903

RONALD K STRASSER (Ens Legis, Defendant, Appellant)
Non-Resident Alien
c/o 8800 Southeast 80 Avenue
non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

Notice for Appeal

Ronald-Kenneth: Strasser (Claimant, Appellant)
address:
Ronald-Kenneth: Strasser AR WP
Non-Resident Alien
c/o 8800 Southeast 80 Avenue
non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt
Phone: (503) 718-1858
Email: ronaldkennethstrasser@mail.com

May I point out that I expect a Fee Waiver because I am on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.? Do you not grant Fee Waivers based on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.?

May I also demand a Stay for Execution for the [11] Order being appealed? So that the State Court lacks jurisdiction?

May I also demand a Stay for Execution for the [17] Magistrate's Order being appealed? So that I still have "ECF filing privileges"?

May I point out that both STACIE F. BECKERMAN and MICHAEL H. SIMON failed and refused to answer my questions??

**RESCINDING AND REVOKING ANY AND ALL POWERS FOR ATTORNEY**

May I give notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May I give notice that in document [13], Notice for Appeal, I gave Michael Simon notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted

Notice for Appeal

in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May I point out that I have never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, I am disavowing and disaffirming, back to the date for infancy, am I not?

Does anybody object if I reserve the right to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if I am misguided by my own conscience, then you will correct me, will you not?

In pursuance to 28 USC 1746, may I hereby declare under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 12 February, 2020?

*[signature: strasser: ronald sui juris WP / And I Continue to Reserve All My Rights Without Prejudice]*

By: ___:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP___   February 12, 2020
:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP

Notice for Appeal

## Certificate for Service

May I certify that on the date written below I served a true copy for the foregoing

**SECOND AMENDED NOTICE FOR APPEAL AND DEMAND FOR STAY AND REVOKING POWER FOR ATTORNEY PURSUANT TO F.R.A.P. 3, 4** on the following parties by fax, email and U.S. mail?

Frank Wall
4411 NE Tillamook Street
Portland, OR 97213
Fax: 503.223.0903
Email: fWall@ipns.com

By: __:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP__    February 12, 2020
       :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP

Notice for Appeal